AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Nicholas McIntyre  Telephone: (313) 226-9100
Special Agent: Austin Dawn  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Shawndarius Smith

Case No. 2:25-mj-30489
Judge: Unassigned,
Filed: 08-04-2025 At 12:02 PM
CMP USA V. SHAWNDARIUS SMITH (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Austin Dawn, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 4, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Austin Dawn, being duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and began my tenure on November 05, 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am currently assigned to the GVTF, which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

2. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, violent crime, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, and search warrants.

3. I make this affidavit based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, review of video evidence, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Shawndarius Tre-Veon SMITH (DOB: XX/XX/1997), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a firearm).

## PROBABLE CAUSE

5. On August 1, 2025, at approximately 4:48 p.m., Detroit Police Department (DPD) Gang Intel officers were working routine patrol in the area of the

intersection of Harper and Nottingham, in the city of Detroit.  Officers heard loud music coming from a red Mitsubishi that was backed into a parking spot in the parking lot of Cognac Castle Liquor Store located at 15XXX Harper Ave, Detroit, MI.

6. As officers pulled into the lot, they noticed the front seat passenger, later identified as SMITH, look at the police officers with a shocked look on his face. As officers continued to pull in front of the vehicle, they saw SMITH moving his arms, and then reach towards something on his right side. SMITH then leaned forward. Based on training and experience, the officers believed that SMITH had placed something under the front passenger seat of the car.

7. Officers noted in their training and experience, SMITH'S actions were consistent with someone who is attempting to conceal contraband and/or dangerous weapons.

8. Officers exited the scout car and approached the vehicle to investigate. The officers approached the passenger side of the vehicle for officer safety, due to concerns that SMITH was armed and dangerous. The officers told the driver and SMITH that their music was too loud. The officers asked the driver to roll the windows down.

9. While speaking with the occupants of the vehicle, officers noticed in the rear passenger compartment of the vehicle, and in plain view, a partially consumed bottle of Hennessy alcohol.

10. The officers told SMITH to step out of the vehicle. Once SMITH stepped out, officers saw a firearm under the front passenger seat in plain view. The firearm was positioned close to the front of the seat, with the barrel pointing towards the rear, and handle in a right-handed configuration, consistent with how it would be positioned if placed under the seat with a person's right hand. Next to the pistol was a cell phone with a white powdered residue on the screen, consistent with that of cocaine. The screen background on the phone was a picture of SMITH's face.

11. Officers recovered a black and silver Ruger, SRC9, 9mm pistol, S/N: 33618187 with a magazine inserted containing live 9mm rounds. A round was chambered.

12. Officers ran SMITH in the Law Enforcement Information Network (LEIN) which revealed SMITH did not possess a valid CPL. SMITH was placed under arrest for CCW and transported to the Detroit Detention Center.

13. On August 2, 2024, I provided ATF Interstate Nexus Expert Special Agent Kara Klupacs a description of the recovered Ruger, SRC9, 9mm pistol. Special Agent Klupacs concluded that the firearm was manufactured outside the State of Michigan.

14. On August 2, 2025, Special Agent Kara Klupacs and I traveled to the DDC to interview SMITH. The interview was audio and video recorded. The following is a brief summary of the substance of the interview, which is summarized below, and is not inclusive of all the information provided during the interview.

15. SA Klupacs then read SMITH his Miranda rights. SMITH stated he understood his rights and agreed to speak with agents. SMITH stated he was in the vehicle for approximately 30 minutes to an hour. SMITH then goes on to say "I wouldn't have even got in the car if I would have known there was a firearm in the car. I had a case before so I don't play around like that, I can't be in no jail cell". SA Klupacs then asks SMITH what his conviction was for. SMITH stated it was a drug conviction which he received probation. SMITH also stated during the interview, "Me personally, I can't go to the gun store and buy a gun". SMITH said he put his phone on the ground because he had a drug on his phone that he was about to take which he confirmed was cocaine. SMITH said that before the officers stopped him, he had used some of the cocaine, but he was about to do more. When asked how often he uses cocaine, SMITH stated that he started using it a few months ago. SA Klupacs then asked if SMITH was high during the interview, which he stated he was not.

16. SA Klupacs and SMITH continued to talk about his arrest. SA Klupacs then asked if other individuals in the car knew he couldn't possess guns, SMITH

responded, "I mean, I know I can't have a gun". I continued to talk to SMITH about NIBIN and his arrest, making the statement "you know you can't have guns, you are a felon", which SMITH did not react to. I later further acknowledged his previous statement that he could not go to the gun store. At this point, SMITH amended his previous statement, saying that he believes he is not a felon because he received HYTA probation. SMTIH then denied ever previously saying that he could not be around guns.

17. I conducted a search of SMITH's criminal history via LEIN which revealed the following felony convictions:

    a. On March 8, 2021- Plead guilty to Controlled substance possession of methamphetamine/ ecstasy in the 16th Circuit Court. On May 27, 2021, SMITH was sentenced to 18 months' probation. SMITH violated his probation when he was arrested for CCW on September 25, 2022, and was scheduled for a Violation of Probation Arraignment on October 27, 2022, in which he failed to appear and was issued a bench warrant. On March 30, 2023, SMITH was discharged from probation.

18. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on SMITH's

conviction, and SMITH's statements in the interview acknowledging he knew he could not have a gun, there is probable cause to believe that SMITH is aware of his status as a convicted felon.

## CONCLUSION

19. Probable cause exists to believe that on August 1, 2025, Shawndarius SMITH knowingly possessed a firearm after having been convicted of a felony offense, which he knew was punishable by more than one year of imprisonment, in violation of 18 U.S.C. § 922(g)(1). These violations occurred within the Eastern District of Michigan.

Austin Dawn, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated: August 4, 2025